UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DERRICK BROWN, Individually and on behalf of all others similarly situated,<br><br>PLAINTIFF,<br><br>V.<br><br>KELLER LENKNER, LLC and THE DAMPIER LAW FIRM, P.C.,<br> DEFENDANTS | Case No. 1:18-cv-12423 |

## <u>NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41</u>

**PLEASE TAKE NOTICE** that Plaintiff Derrick Brown ("Plaintiff"), by and through his undersigned counsel, pursuant to Fed. R. Civ. P. 41(a)(1), hereby voluntarily dismisses all claims in this action without prejudice as to Defendants Keller Lenkner, LLC and The Dampier Law Firm, P.C. ("Defendants"). In support of the instant notice, Plaintiff states as follows:

1. Plaintiff filed the instant action on November 20, 2018. (Docket. 1.)


2. Fed. R. Civ. P. 41(a)(1) provides, in relevant part, that a "plaintiff may dismiss an action without court order by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment."


3. Defendant has neither served an answer nor a motion for summary judgment in this action.

4. There is no certified class or class proposed to be certified for purposes of settlement.

5. The provisions of Fed.R.Civ.P. 23(e), 23.1(c), 23.2, and 66 do not otherwise apply to this

case or this notice.


6. Accordingly, this action may be dismissed without prejudice and without an

 Order of the Court.




                                         Respectfully submitted
February 13, 2019


                                         Derrick Brown,
                                         By Counsel,
                                         /s/ Michael A. Borrelli
                                         Michael A. Borrelli, Esq./BBO# 634352
                                         129 Fisher Ave.
                                         Brookline, MA 02445-5796
                                         (617) 730-7025
                                         Fax (617) 730-7170
                                         lawyer2@earthlink.net

## CERTIFICATE OF SERVICE

 I, Michael A. Borrelli, Esq., hereby certify that on February 13, 2019, I served the above and foregoing ***Notice of Voluntary Dismissal Pursuant to Fed. R. Civ. P. 41***, by causing true and accurate copies of such paper to filed and served on all counsel of record via the Court's CM/ECF electronic filing system.


  /s/ Michael A. Borrelli, Esq.